```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

MICHAEL McDOWELL,                )
                                 )
            Movant,              )
                                 )
      vs.                        )    No. 4:06CV792-DJS
                                 )
UNITED STATES OF AMERICA,        )
                                 )
            Respondent.           )

### JUDGMENT

Pursuant to the memorandum entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this   27th   day of December, 2006.

                                      /s/ Donald J. Stohr
                                   UNITED STATES DISTRICT JUDGE